```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN R. CURSHEN,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

12 Civ. 6529 (AT) (AJP)

**ORDER ADOPTING**
**REPORT AND**
**RECOMMENDATION**

ANALISA TORRES, District Judge:

      Jonathan R. Curshen, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The Court referred the matter to Magistrate Judge Andrew J. Peck. After careful consideration, Magistrate Judge Peck issued a Report and Recommendation ("R & R"), proposing that Petitioner's petition be denied. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Dunham v. City of New York*, No. 11 Civ 1223, 2013 WL 929029, at *1 (S.D.N.Y. Mar. 11, 2013). The Court finds no clear error. Accordingly, the Court ADOPTS Magistrate Judge Peck's R & R in its entirety. Petitioner's petition is DENIED.

      The Clerk of Court is directed to close the case and to mail a copy of this order to Petitioner.

      SO ORDERED.

Dated: December 6, 2016
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge